THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ALEXANDER SCHUSTER, Appellant.

(Argued June 14, 1917; decided July 11, 1917.)

APPEAL from a judgment of the Court of General Sessions of the Peace in the county of New York rendered February 28, 1917, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Edward B. Bloss* for appellant.

*Edward Swann, District Attorney (Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., CUDDEBACK, HOGAN, CARDOZO, POUND, CRANE and ANDREWS, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* THEODORE CALABRESE, Appellant.

*People* v. *Calabrese,* 174 App. Div. 932, affirmed.
(Argued June 14, 1917; decided July 11, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 5, 1916, which affirmed a judgment of the court at a Trial Term for the county of Nassau

rendered upon a verdict convicting the defendant of the crime of murder in the second degree.

*Harry W. Moore* for appellant.

*Charles I. Wood* and *Charles R. Weeks* for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ. Dissenting: HOGAN, J.